*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Lisa M. McMahon          BK No. 1:17−bk−11641

Debtor(s)                        Chapter 13

---

### *ORDER VACATING REQUEST FOR LOSS MITIGATION*

Upon the request to participate with MTGLQ Investors, L.P. in the Loss Mitigation Program filed by the debtor[s] as to the Debtor residence, located at 48 Patrick Way, Warwick, RI 02886, and on 11/20/2017 , the court entered an Order (doc# 24 ) granting the Debtor's request to participate in loss mitigation, and on 3/6/2018 , the Debtor filed a Withdrawal of the Loss Mitigation Notice requesting that the loss mitigation be vacated (doc.# N/A ). It is hereby **ORDERED** that the order granting participation in the Loss Mitigation Program of the United States Bankruptcy Court, District of Rhode Island is ***VACATED.***

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **3/7/18**

Entered on Docket: **3/7/18**
Document Number: **49 − 24**

ovaclm.jsp #751

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*